■ In the Matter of AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES LOCAL 1095 AFL-CIO (ERIE COUNTY BLUE COLLAR EMPLOYEES UNION), AFFILIATE OF A.F.S.C.M.E. N.Y. COUNCIL 66, et al., Appellants, v COUNTY OF ERIE et al., Respondents. [823 NYS2d 745]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered February 3, 2006 in a proceeding pursuant to CPLR article 78. The judgment dismissed the amended petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Kehoe, J.P., Martoche, Smith and Pine, JJ.